Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 13-0084-GEB |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING** |
| vs. | **Date: April 26, 2018** |
| RAJESHWAR SINGH, | **Time: 9:00 a.m.** |
| Defendant. | **Crtrm: HONORABLE GARLAND E. BURRELL JR.** |
| | **UNITED STATES DISTRICT COURT JUDGE** |

STIPULATION

1. By previous order, this matter was set for sentencing of all defendants on April 27, 2018. Given the amount of discovery in this case, the number of witnesses and exhibits at the trial, and that defendant Rajeshwar Singh has new counsel it is hereby requested that the sentencing of Rajeshwar Singh be continued to June 15, 2018 and that the pre-sentence report ("PSR") schedule be adjusted as indicated below. The government does not oppose the continuance and adjusted PSR schedule.

2. By this stipulation, defendant Rajeshwar Singh now moves to continue his sentencing date until June 15, 2018 and adopt the following disclosure schedule for the PSR. The Probation Department has approved this schedule.

3. The government does not oppose the Court adopting the following schedule:

   a) Judgment and Sentencing Date: June 15, 2018;

|     |                |                                                                                                                                |
| --- | -------------- | ------------------------------------------------------------------------------------------------------------------------------ |
| 1   | b)             | Reply or Statement of No Opposition: June 8, 2018;                                                                             |
| 2   | c)             | Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: June 1, 2018; |
| 4   | d)             | The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: May 25, 2018;                    |
| 6   | e)             | Counsel's Written Objections to the Pre-Sentence Report Shall be Delivered to the Probation Officer and Opposing Counsel no Later Than: May 18, 2018. |

**IT IS SO STIPULATED**.

Dated: March __, 2018                                MCGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ LEE S. BICKLEY
                                                     LEE S. BICKLEY
                                                     Assistant United States Attorney


Dated: March ___, 2018                               /s/Patrick K. Hanly
                                                     Patrick K. Hanly
                                                     Attorney for Defendant
                                                     Rajeshwar Singh

FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED.**

**Dated: March 28, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

U.S. v. Singh, CR S 13-0084 Stipulation to Continue Sentencing

3

U.S. v. Singh, CR S 13-0084 Stipulation to Continue Sentencing