Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAJESHWAR SINGH,<br><br>Defendant. | Case No: 13-0084-GEB<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**Date: June 15, 2018**<br>**Time: 9:00 a.m.**<br>**Crtrm: HONORABLE GARLAND E. BURRELL JR.**<br>**UNITED STATES DISTRICT COURT JUDGE** |

**STIPULATION**

1. By previous order, this matter was set for sentencing of all defendants on June 15, 2018. Given the amount of discovery in this case, the number of witnesses and exhibits at the trial, and that defendant Rajeshwar Singh has new counsel who is preparing for a July 2, 2018 trial, it is hereby requested that the sentencing of Rajeshwar Singh be continued to September 7, 2018 and that the pre-sentence report ("PSR") schedule be adjusted as indicated below. The government does not oppose the continuance and adjusted PSR schedule.

2. By this stipulation, defendant Rajeshwar Singh now moves to continue his sentencing date until September 7, 2018 and adopt the following disclosure schedule for the PSR. The Probation Department has approved this schedule.

3. The government does not oppose the Court adopting the following schedule:

a) Judgment and Sentencing Date: **September 7, 2018**;

b) Reply or Statement of No Opposition: **August 31, 2018**;

c) Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: **August 24, 2018**;

d) The Pre-Sentence Report Shall be Filed with the Court and Disclosed to Counsel no Later Than: **May 25, 2018**;

**IT IS SO STIPULATED**.

Dated: May __, 2018       MCGREGOR W. SCOTT
                          United States Attorney

                          /s/ LEE S. BICKLEY
                          LEE S. BICKLEY
                          Assistant United States Attorney

Dated: May ___, 2018      /s/Patrick K. Hanly
                          Patrick K. Hanly
                          Attorney for Defendant
                          Rajeshwar Singh

## FINDINGS AND ORDER

**IT IS SO FOUND AND ORDERED.**

**Dated: May 23, 2018**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

U.S. v. Singh, CR S 13-0084 Stipulation to Continue Sentencing