Patrick K. Hanly (SBN 128521)
455 Capitol Mall #325
Sacramento, California 95814
Telephone: (916) 773-2211
Facsimile: (916) 492-2680

Attorney for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RAJESHWAR SINGH,<br><br>　　　　Defendant. | Case No: 13-0084-GEB<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**Date: April 26, 2018**<br>**Time: 9:00 a.m.**<br>**Crtrm: HONORABLE GARLAND E. BURRELL JR.**<br>**UNITED STATES DISTRICT COURT JUDGE** |

**STIPULATION**

1.　By previous order, this matter was set for sentencing of all defendants on September 7, 2018. Defense counsel for Rajeshwar Singh needs additional time to investigate potential witnesses and evidence for his sentencing memorandum and to prepare his Objections to the pre-sentence report and Sentencing Memorandum. Accordingly, it is hereby requested that the sentencing of Rajeshwar Singh be continued to September 28, 2018 and that the pre-sentence report ("PSR") schedule be adjusted as indicated below. The government, though very eager to have the sentencing go forward and displeased at the delay in sentencing, does not oppose the continuance and adjusted PSR schedule, recognizing defense counsel's need for additional time. Barring unforeseen circumstances, defense counsel represents there will be no further requests to continue this matter by Rajeshwar Singh.

2. By this stipulation, defendant Rajeshwar Singh now moves to continue his sentencing date until September 28, 2018 and adopt the following disclosure schedule for the PSR. The Probation Department and government have approved this schedule:

    a) Judgment and Sentencing Date: **September 28, 2018**;

    b) Reply or Statement of No Opposition: **September 21, 2018**;

    c) Motion for Correction of the Pre-Sentence Report Shall be Filed with the Court and Served on the Probation Officer and Opposing Counsel no Later Than: **September 14, 2018**;

**IT IS SO STIPULATED**.

Dated: August 15, 2018            MCGREGOR W. SCOTT
United States Attorney

By: /s/ LEE S. BICKLEY
LEE S. BICKLEY
Assistant United States Attorney

Dated: August 15, 2018            /s/Patrick K. Hanly
Patrick K. Hanly
Attorney for Defendant
Rajeshwar Singh

FINDINGS AND ORDER

[

**IT IS SO FOUND AND ORDERED.**

**Dated: August 16, 2018**

GARLAND E. BURRELL, JR.
Senior United States District Judge