McGREGOR W. SCOTT
United States Attorney
LEE S. BICKLEY
KELLI L. TAYLOR
KEVIN C. KHASIGIAN
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:13-CR-00084-GEB |
| Plaintiff, | |
| v. | STIPULATION AND APPLICATION FOR A MONEY JUDGMENT AS TO DEFENDANT RAJESHWAR SINGH; ORDER |
| SURJIT SINGH, RAJESHWAR SINGH, and ANITA SHARMA | |
| Defendants. | |

The United States and defendant Surjit Singh stipulate to the entry of a Money Judgment based on the Application of the United States, as set forth below:

1.  The Indictment in this case charged defendant Rajeshwar Singh with 4 counts of Mail Fraud in violation of 18 U.S.C. § 1341, 4 counts of Bank Fraud in violation of 18 U.S.C. § 1344, and Making False Statements on Loan and Credit Applications in violation of 18 U.S.C. § 1014.   The Indictment included a forfeiture allegation.  A Bill of Particulars was filed on October 17, 2017, seeking a personal forfeiture money judgment against defendants Surjit Singh and Rajeshwar Singh in the amount of $5,490,400.00.

2.  On November 8, 2017, defendant Rajeshwar Singh was found guilty of twelve counts of mail fraud, bank fraud, and making false statements to a bank.

3.  Defendant Surjit Singh stipulates and agrees to forfeit voluntarily and immediately

1

$838,399.19 as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained as a result of his bank and mail fraud, to which he has been found guilty.

4. The government hereby applies for entry of a money judgment as follows:

a. Pursuant to 18 U.S.C. § 982(a)(2)(A) and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Rajeshwar Singh in the amount of $838,399.19.

b. The above-referenced personal forfeiture money judgment is imposed based on defendant Rajeshwar Singh's convictions. Said amount reflects a reasonable compromise between the parties for forfeiture purposes concerning the proceeds the defendant obtained, which the defendant agrees is subject to forfeiture based on the offenses of conviction. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

5. The $838,399.19 money judgment shall be paid immediately at sentencing. Alternatively, if no monies have been paid by sentencing, the $838,399.19 money judgment shall be paid from the sale proceeds of the below real properties, which are owned and controlled by defendant Rajeshwar Singh, and shall be marketed for sale immediately upon entry of this stipulation and order unless Rajeshwar Singh has made a sufficient showing that the properties are currently being marketed by a real estate professional. The properties are:

a. 132 Cynthia Ave, Vallejo, California, Solano County, APN: 0068-144-170;
b. 810 6th Street, Vallejo, California, Solano County, APN: 0061-181-290;
c. 824 7th Street, Richmond, California, Contra Costa County, APN: 534-023-008-4;
d. 242 1st Street, Richmond, California, Contra Costa County, APN: 538-181-029-9;
e. 636 2nd Street, Richmond, California, Contra Costa County, APN: 534-2210-191; and
f. 933 Wood Street, Oakland, California, Alameda County, APN: 006-0033-011.

6. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service in its secure custody and control. Payment of the personal forfeiture money judgment will be satisfied pursuant to the sale and liquidation of the above-listed properties. Payment shall be made in the form of a cashier's check made payable to the U.S. Marshals Service and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 501 I Street, Suite 10-100, Sacramento, CA 95814.

2

7. This stipulation is not an admission of liability or guilt and in no way restricts or affects defendant Rajeshwar Singh's right to appeal the judgment or sentence in his criminal case.

Dated:   10/30/18                      McGREGOR W. SCOTT
                                                    United States Attorney

                                                    /s/ Kevin C. Khasigian
                                                    KEVIN C. KHASIGIAN
                                                    Assistant U.S. Attorney

Dated:   10/26/18                      /s/ Rajeshwar Singh
                                                    RAJESHWAR SINGH
                                                    Defendant

Dated:   Oct 26, 2018                  /s/ Patrick Hanly
                                                    PATRICK HANLY
                                                    Attorney for Defendant

## ORDER

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Rajeshwar Singh in the amount of $838,399.19.  The $838,399.19 shall be paid from the sale proceeds of the real properties identified above, which are owned and controlled by defendant Rajeshwar Singh, and shall be marketed for sale immediately upon entry of this stipulation and order, unless Rajeshwar Singh has made a sufficient showing that the properties are currently being marketed by a real estate professional.

Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service in its secure custody and control.

IT IS SO ORDERED.

Dated:  October 31, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge