| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | LYNN TRINKA ERNCE<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for the United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-00084-GEB |
| Plaintiff, | **ORDER FOR ISSUANCE OF WRIT OF EXECUTION** |
| v. | *EX PARTE* FILING |
| RAJESHWAR SINGH, | |
| Defendant and Judgment Debtor. | |

Before the Court is the United States' *ex parte* Application for Writ of Execution for substantial non-exempt property belonging to or due to Defendant-Judgment Debtor Rajeshwar Singh. After consideration, the Court finds that the application meets the requirements of 18 U.S.C. § 3613 and 28 U.S.C. § 3203, and grants the application.

This Court ORDERS the United States District Clerk to issue the Writ of Execution and the Clerk's Notice, and provide them to the United States. The Clerk must maintain the application, this Order, the Writ and not make them publicly available until the United States certifies that service of process is complete, at which time the Clerk shall lift the *ex parte* restriction so that all *ex parte* filings related to this matter is accessible in the same manner as other public documents.

IT IS ORDERED that in executing this Writ, the United States Marshals Service (USMS) may use reasonable force, if necessary, in order to take possession of 510 Sir Lancelot Drive, Tracy California 95376.

ORDER FOR ISSUANCE OF WRIT OF EXECUTION    1

IT IS ORDERED that the USMS may contract with vendors as needed to store and maintain the Subject property, and to sell it in a commercially reasonable manner no sooner than 30 days after the date of levy for personal property or 90 days after the date of levy for real property.

THIS COURT ORDERS the United States Marshals Service to deduct its costs, fees, and expenses from the sale proceeds of the levied property and deliver the net proceeds to the United States District Clerk for application to the judgment entered in this case.

IT IS FURTHER ORDERED that the levy and deposit of net sale proceeds shall not exceed property reasonably equivalent in value to the aggregate amount of the judgment, costs, expenses, and Interest.

SO ORDERED

Dated: April 11, 2019

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge