Dennis P. Riordan (SBN 69320)
dennis@riordan-horgan.com
Donald M. Horgan (SBN 121547)
don@riordan-horgan.com
RIORDAN & HORGAN
1611 Telegraph Avenue, Suite 806
Oakland, CA 94612
Telephone: (415) 431-3475

Attorneys for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-0084 JAM |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE DEFENDANT'S RELEASE PENDING APPEAL** |
| v. | |
| RAJESHWAR SINGH, | |
| Defendant. | |

Defendant Rajeshwar Singh is presently serving a sentence of 135 months on his convictions for fraud and false statements in the above-captioned matter. He is incarcerated at the Lompoc FCI, where he self-surrendered on January 9, 2019.

On April 13, 2020, defendant moved pursuant to 18 U.S.C. section 3143(b) for an order releasing him on bail pending conclusion of his appeal in the Ninth Circuit from his convictions in this matter. Although the government believes that Rajeshwar Singh is a flight risk and does not agree that Singh has raised substantial questions of law or fact likely to result in either reversal, an order for a new trial, a non-prison sentence, or a reduced sentence that would likely be completed prior to the disposition of the appeal, the government has agreed not to oppose that motion if the appropriate bail package is put in place. Accordingly, the parties hereby stipulate that the defendant may be released pending appeal upon the following conditions:

1. The defendant signs a bond pending appeal secured by property in the amount of $3,500,000.

2. His wife, Neelam Kumari, will also sign and serve as a surety on that bond.

3. The deeds of trust on the properties in question are to be filed with the local recorder's office as soon as possible following the signing of the court's release order.

4. The defendant will reside with his family at their residence at 5679 Sunset Creek Ct, Pleasanton 94566, one of the properties posted as collateral to secure defendant's appellate bond.

5. Ms. Kumari will also serve as her husband's custodian. Having full power of attorney for her the defendant, she will also sign all documents needed to secure the property to be posted as collateral in this matter.

6. The defendant will abide by all laws of the United States and of California and defendant must report to and comply with the rules and regulations of Pretrial Services, which will defer to the Court as to defendant Singh's release;

7. The defendant must report in person or by phone to the Pretrial Services Agency in Sacramento, California, on the first working day following release from custody;

8. The defendant must reside at a location approved by the Pretrial Services officer and not move or absent himself from his this residence for more than 24 hours without prior approval of the Pretrial Services officer;

9. The defendant will report to Pretrial Services via phone or video conference one to seven times a week as determined by Pretrial Services;

10. The defendant must cooperate in the collection of a DNA sample;

11. The defendant must restrict his travel to Eastern District of California and Northern District of California unless otherwise approved in advance by the pretrial services officer;

12. The defendant must surrender his passport to the Clerk, U.S. District Court, and must not apply for or obtain a passport or any other travel documents during the pendency of this case;

13. The defendant must not possess, have in is residence, or have access to a firearm/ammunition, destructive device, or other dangerous weapon; additionally, he must provide written proof of divestment of all firearms/ammunition under his control;

14. The defendant must refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and

he must notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana and/or recommended may not be used;

15. The defendant must not associate or have any contact with Anita Sharma unless in the presence of counsel or otherwise approved in advance by the pretrial services officer;

16. The defendant must report any contact with law enforcement to his pretrial services officer within 24 hours;

17. Pursuant to General Order 616 of this Court, issued on April 15, 2010, Dennis P. Riordan, counsel for defendant Raj Singh, hereby affirms that he has obtained Mr. Singh's knowing and informed permission to sign any and all documents on his behalf required to be signed by the defendant to secure his release.

18. This stipulation is entered into solely for the purpose of obtaining defendant's release pending appeal, and in no way alters the terms of the sentence imposed by his judgment of conviction, nor does it affect the government's right to seek modification or vacation of the release order should cause exist for doing so.

19. Defendant Singh may be ordered release from Lompoc FCI on Tuesday, April 21st, at 2 p.m. Following his release, the defendant, if ordered by the Court, will appear at the hearing on this matter now set for Friday, April 24th, at 2 p.m. before Magistrate Judge Carolyn K. Delaney. He is also required to complete the filing of all appropriate bond paperwork within one week of the signing of his release order.

So stipulated this 20th day of April, 2020.

/s/ Lee Bickley
LEE BICKLEY
Assistant U. S. Attorney

/s/ Dennis P. Riordan
DENNIS P. RIORDAN
Attorney for Defendant
RAJESHWAR SINGH

NEELAM KUMARI

Stipulation and [Proposed] Order
Re Defendant's Release on Bail Pending Appeal    -3-

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-cr-0084 JAM |
| Plaintiff, ) ) | **ORDER RE DEFENDANT'S** |
| ) | **RELEASE PENDING APPEAL** |
| v. ) | |
| ) | |
| RAJESHWAR SINGH, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Subject to the conditions of release set forth in the stipulation of the parties filed today, April 20, 2020, and for good cause shown, the defendant Rajeshwar Singh, is hereby ordered released from custody at the Lompoc Correctional Institution on Tuesday, April 21st, at 2 p.m.

Dated: April 20, 2020

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order Re Defendant's
Release on Bail Pending Appeal          -1-