DENNIS P. RIORDAN, Esq., SBN 69320
dennis@riordan-horgan.com
DONALD M. HORGAN, Esq., SBN 121547
don@riordan-horgan.com
RIORDAN & HORGAN
523 Octavia Street
San Francisco, CA 94102
Telephone: (415) 431-3472
Facsimile: (415) 552-2703

Attorneys for Defendant
RAJESHWAR SINGH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>RAJESHWAR SINGH,<br><br>    Defendant. | No. CR-13-00084-JAM<br><br>**STIPULATION AND ORDER FOR DEFENDANT RAJESHWAR SINGH RE SELF-SURRENDER** |

Plaintiff United States of America and defendant Rajeshwar Singh, by and through undersigned counsel of record, hereby stipulate as follows:

1. In April of 2020, defendant Raj Singh was released on bail pending his appeal to the Ninth Circuit (18-10460) of his convictions in this matter.

2. Defendant's appeal was denied on March 19, 2021, and mandate issued on April 12, 2021.

Stipulation and Order

for Defendant Rajeshwar Singh to
Self-Surrender                                              1

1  3. Defendant has observed all conditions of his release during the last year, including regularly reporting to Pretrial Services. He presently remains out of custody on a secured bond in the amount of $3,500, 000.

4. Defendant Raj Singh is to receive his first dose of the Moderna vaccination on April 30, 2021 at Kaiser in Walnut Creek. Defendant therefore should be fully vaccinated by the end of May or the beginning of June. He will not reach full immunity until the middle of June. He also needs to be re-designated to an institution of the Bureau of Prisons before his surrender.

5. The parties have agreed that defendant Raj Singh will self-surrender by 1 p.m. on Monday, June 28, 2021 to the institution designated by the Bureau of Prisons or to the Marshall's Office in Sacramento if his institution is not yet designated as of that date. All conditions of his release will remain in effect pending his surrender.

IT IS SO STIPULATED.


Dated: April 22, 2021         /s/ *Lee Bickley*
                              LEE BICKLEY
                              Assistant United States Attorney


                              RIORDAN & HORGAN


Dated: April 22, 2021         /s/ *Dennis P. Riordan*
                              DENNIS P. RIORDAN

                              Attorney for Defendant
                              RAJESHWAR SINGH

Stipulation and Order
for Defendant Rajeshwar Singh to
Self-Surrender                        2

**ORDER**

IT IS HEREBY ORDERED that defendant Rajeshwar Singh will surrender by 1 p.m. on Monday, June 28, 2021 to the institution designated by the Bureau of Prisons or to the Marshall's Office in Sacramento if the institution is not yet designated as of that date. All conditions of his release will remain in effect pending his surrender.

Dated:  April 22, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order
for Defendant Rajeshwar Singh to
Self-Surrender                             3