IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>RAJESHWAR SINGH,<br>    Defendant. | Case No. 2:13-cr-0084 JAM<br><br>**RECOMMENDATION<br>TO THE BUREAU OF PRISONS** |

    The Court hereby recommends to the federal Bureau of Prisons that defendant Rajeshwar Singh be designated to the minimum security camp facility at the FCI Atwater in Atwater, California. Alternatively, the Court recommends that, in the event defendant's placement at the Atwater camp facility is not feasible, defendant be designated to the camp facility at FCI Lompoc in Lompoc, California.

Dated: May 28, 2021

                                                /s/ John A. Mendez
                                    HONORABLE JOHN A. MENDEZ
                                    U.S. DISTRICT COURT JUDGE