PHILLIP A. TALBERT
United States Attorney
LEE S. BICKLEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RAJESHWAR SINGH, <br><br> Defendant. | CASE NO. 2:13-CR-00084-JAM-KJN <br><br> STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) and ORDER |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed motion to vacate sentence pursuant to 28 U.S.C. 2255 on June 13, 2022. ECF 409. On July 19, 2022, the Court ordered the respondent to respond within 30-days. ECF 412. The government's response is currently due August 18, 2022.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

      a)     The government's response to the defendant's motion to be filed on or before October 17, 2022;

      b)     The defendant's traverse to be filed 30-days after the government's files its response.

IT IS SO STIPULATED.

Dated:  August 5, 2022                        PHILLIP A. TALBERT
                                                 United States Attorney

                                                /s/ LEE S. BICKLEY
                                                LEE S. BICKLEY
                                                Assistant United States Attorney

Dated:  August 5, 2022                        /s/ EZEKIEL E. CORTEZ
                                                EZEKIEL E. CORTEZ
                                                Counsel for Defendant
                                                RAJESHWAR SINGH

## [PROPOSED] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the defendant's motion to vacate sentence, and IT IS HEREBY ORDERED that:

      a)     The government's response to the defendant's motion (ECF 409), is due on or before October 17, 2022; and

      b)     The defendant's traverse, if any, is due 30-days after the government files its response.

Dated:  August 9, 2022

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE