MICHELE BECKWITH
Acting United States Attorney
KELLI TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:13-CR-00084-TLN-CSK |
| Plaintiff, | STIPULATED BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A); ORDER |
| v. | |
| RAJESHWAR SINGH, | |
| Defendant. | |

The United States of America, by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1.    The defendant filed a motion for compassionate release on May 9, 2025.  Docket No. 448.  Pursuant to Local Rule, the United States' response is currently due on May 16, 2025.

2.    Counsel for the United States requests additional time to review relevant records from the Bureau of Prisons and draft the United States' response to the defendant's motion.  Counsel for the defendant does not oppose this request.

3.    Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

a)    The United States shall respond to defendant's motion on or before May 27, 2025;

b)    The defendant's reply to the United States' response shall be filed on or before June 3, 2025.

1    IT IS SO STIPULATED.

2    Dated:  May 12, 2025                          MICHELE BEKWITH
                                                   Acting United States Attorney
3

4                                                  /s/ Kelli Taylor
                                                   KELLI TAYLOR
5                                                  Assistant United States Attorney

6

7    Dated: May 12, 2025                           /s/ Ezekiel E. Cortez
                                                   EZEKIEL E. CORTEZ
8                                                  Attorney for Defendant
                                                   RAJESHWAR SINGH
9

10                                      **ORDER**

11         Based upon the stipulation and representations of the parties, the Court adopts the following as a

12    revised briefing schedule on defendant's motion for sentence reduction:

13         a)      The United States' response to the defendant's motion, (Docket No. 448), is now due on

14    or before May 27, 2025;

15         b)      The defendant's reply, if any, to the United States' response is due on or before June 3,

16    2025.

17

18         IT IS SO FOUND AND ORDERED this 13th day of May, 2025.

19

20

21

22                                                 Troy L. Nunley
23                                                 Chief United States District Judge

24

25

26

27

28