MICHELE BECKWITH
Acting United States Attorney
KELLI TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJESHWAR SINGH,<br><br>Defendant. | CASE NO. 2:13-CR-00084-TLN-CSK<br><br>ORDER SEALING BOP'S MEDICAL RECORDS OF RAJESHWAR SINGH CONTAINED IN EXHIBIT 2 TO THE UNITED STATES' OPPOSITION TO THE REQUEST FOR RELEASE |

Pursuant to Local Rule 141(b) and based upon the United States' moving papers, the Court HEREBY ORDERS the sealing of Exhibit 2 to United States' Opposition to Defendant's Motion for Compassionate Release , which contained BOP's medical records of Defendant Rajeshwar Singh. It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for the defendant.

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the United States' Request, sealing the records in Exhibit 2 serves a compelling interest in protecting Defendant Rajeshwar Singh's Privacy interests. The Court further finds that this interests outweighs any public desire to see these records. The Court also finds that there are no reasonable alternatives to sealing the recortds in Exhibit 2 that would adequately protect the compelling reasons that exist herein.

///

IT IS SO ORDERED.

DATED: May 27, 2025

_____
Troy L. Nunley
Chief United States District Judge